JOHN LEONARD, RESPONDENT, v. MICHAEL CACCIPPOLI ET AL., APPELLANTS.

Submitted October 29, 1926—Decided January 31, 1927.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 403.

For the appellant, *Walter George.*

For the respondent, *O'Brien & Tartalsky.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, MINTURN, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   11.

*For reversal*—None.